UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BELINDA BEEBE, | Civil No. 20-488 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURTY, | |
| Defendant. | |

_____

Peggy L. Stevens, Attorney at Law, 2440 N. Charles Street, #242, North St. Paul, Minnesota, 55109, for plaintiff.

Marisa Silverman, **SOCIAL SECURITY ADMINISTRATION**, 1301 Young Street, Suite A702, Dallas, Texas, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [ECF No. 14] is **DENIED**; and

2. Defendant's Motion for Summary Judgment [ECF No. 16] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 12, 2021
at Minneapolis, Minnesota

                                                                                         s/John R. Tunheim
                                                                                          JOHN R. TUNHEIM
                                                                                          Chief Judge
                                                                                          United States District Court